RECEIVED AND FILED
CASHIER 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> ISRAEL SANTIAGO SEPÚLVEDA <br> JULIA IRIZARRY MUÑOZ <br> Debtors | CASE NO.   01-08158 SEK <br><br> CHAPTER   13 |

## MOTION FOR VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

NOW COME Debtors herein, Israel Santiago Sepúlveda and his wife Julia Irizarry Muñoz, by their undersigned attorney, and very respectfully allege and pray:

1. Debtors filed the instant bankruptcy proceedings on July 19, 2001.

2. Debtors are confident that they can resolve their financial difficulties outside the jurisdiction of that Honorable Court, for which reason they respectfully request that this case be dismissed under the authority and discretion granted them by 11 USC 1307.

WHEREFORE, Debtors respectfully request that the instant case be dismissed and all further and proper remedies be granted.

NOTIFIED on this date to the Mr. Alejandro Oliveras Rivera, Chapter 13 Trustee, all creditors, and parties in interest to their addresses of record as they appear on the attached mailing matrix.

In San Juan, Puerto Rico, this 9th day of December, 2003.

LIGIA RIVERA BUJOSA
Attorney for Debtor (s)
U.S.D.C. No. 220311
P. O. Box 7462
Ponce, P.R. 00732-7462
Tel. 844-1444; Fax 842-4090

F01-129

Santiago Sepúlveda, Israel
HC - 01
Buzon 6060
Guayanilla, PR 00656


Irizarry Muñoz, Julia
HC-01
Buzón 6060
Guayanilla, PR 00656


BIGAS & BIGAS
PO BOX 7462
PONCE, PR 00732-7462


ASSOCIATES FINANCE, INC
PO BOX 560136
GUAYANILLA, PR 00656


BANCO POPULAR
PO BOX 71375
SAN JUAN, PR 00936-7077


COMMOLOCO
P O BOX 363769
SAN JUAN, PR 00936-3769


COOP A/C CARIBE COOP
PO BOX 560464
GUAYANILLA, PR 00656


FC
BANKRUPTCY DEPARTMENT
PO BOX 195369
SAN JUAN, PR 00919-5369