

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

3u

IN RE: ISRAEL SANTIAGO SEPULVEDA and JULIA IRIZARRY MUNOZ          CASE No.
HC 01 BOX 6060
                                                                  01-08158-S
    GUAYANILLA PR            00656-0000       JUDGE: SARA DE JESUS

FINAL REPORT AND ACCOUNT

SS#1 - XXX-XX-4506
SS#2 - XXX-XX-0544

This Case was Commenced      The Plan was Confirmed      The Case was Concluded
on Jul 19, 2001              on Oct 26, 2001             on Jan 20, 2004

THE SUBJECT CASE HAS BEEN VOLUNTARY DISMISSAL AFTER CONF
    Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements.
Copies of these detailed records have been filed with the Court or are attached
hereto, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of
          creditors.                                              $ 6647.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| ASSOCIATES FINANCE | UNSECURED | 5039.83 | .00 | .00 | 5039.83 |
| ASSOCIATES FINANCE | UNSECURED | 4002.18 | .00 | .00 | 4002.18 |
| ASUME | NOTICE ON | .00 | .00 | .00 | .00 |
| BANCO POPULAR DE PUERTO RICO | UNSECURED | 2914.54 | .00 | .00 | 2914.54 |
| COMMOLOCO INC | UNSECURED | 3465.62 | .00 | .00 | 3465.62 |
| COOP A/C CARIBE COOP PERSONAL | SURRENDER | 2335.26 | .00 | .00 | .00 |
| COOP A/C CARIBE COOP PERSONAL | CO-DEBTOR | 5069.92 | 4931.87 | .00 | 138.05 |
| COOP A/C CARIBE COOP ENSERES | UNSECURED | 695.01 | .00 | .00 | 695.01 |
| COOP A/C CARIBE COOP LINEA DE CREDITO | UNSECURED | 7155.25 | .00 | .00 | 7155.25 |
| ISLAND FINANCE | UNSECURED | 4316.14 | .00 | .00 | 4316.14 |
| ISLAND FINANCE | UNSECURED | 3674.20 | .00 | .00 | 3674.20 |
| NORWEST FINANCIAL INC | UNSECURED | 1962.89 | .00 | .00 | 1962.89 |
| WESTERN AUTO | UNSECURED | 134.15 | .00 | .00 | 134.15 |

PAGE 1 - CONTINUED ON NEXT PAGE

FEB 02 2004

21

```
CASE NO. 01-08158-S
DEBTOR(S): ISRAEL SANTIAGO SEPULVEDA and JULIA IRIZARRY MUNOZ
------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS     CLASS     AMOUNT    AMOUNT PAID     BALANCE
        CREDITOR'S NAME                 ALLOWED  PRINCIPAL  INTEREST   DUE
------------------------------------------------------------------------
ISRAEL    SANTIAGO SEPULVEDA  REFUND       .00      .00        .
```

SUMMARY OF CLAIMS ALLOWED AND PAID

```
------------------------------------------------------------------------
         SECURED   PRIORITY   GENERAL    LATE   SPECIAL   TOTAL
------------------------------------------------------------------------
                                                           --------TOTAL PAID
AMT ALL  2335.26      .00    38429.73            .00    40764.99 PRINCIPAL
PRIN PD      .00      .00     4931.87            .00     4931.87 AND INT.
INT PAID     .00      .00         .00                        .00  4931.87
------------------------------------------------------------------------
```

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
```
           DEBTOR'S ATTORNEY        FEE ALLOWED    FEE PAID
*MODESTO BIGAS MENDEZ*                1200.00      1200.00
------------------------------------------------------------------------
```
COURT COSTS AND OTHER EXPENSES OF ADMINSTRATION:

```
FILING FEE    ADDITIONAL CHARGES         TRUSTEE          OTHER
           --------------------   --------------------
& DEPOSIT    1% OF    .25 EA CLAIM  EXP. & COMPENSATION   COST
            RECEIPTS  OVER 10          FUND
-----------  --------  ----------  --------------------  ---------
    .00                    .00       257.57 /  257.56       .00    515.13
```

    WHEREFORE, your Petitioner prays that an order be entered discharging
your Petitioner as Trustee and releasing your Petitioner and the Trustee's sure-
ty from any and all liability of the within precedings and closing the estate,
and for such other and further relief as is just.

    I Certify, in accordance with FBR 5009, that the estate has been fully
administered, and any objections must be filed within 30 days.

DATED:  JAN 2 9 2004

                              _____
                              ALEJANDRO OLIVERAS RIVERA, TRUSTEE

CERTIFICATE OF MAILING
---------------------------------------------------------------------
The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:
---------------------------------------------------------------------

| | |
|---|---|
| ALEJANDRO OLIVERAS RIVERA<br>PO BOX 9024062<br>SAN JUAN PR           00902 | CELESTINO MATTA<br>U.S. POST OFF. & COURTHOUSE BL<br>SUITE 109, 300 RECINTO SUR<br>OLD SAN JUAN, PR       00901 |

---------------------------------------------------------------------

| | |
|---|---|
| *MODESTO BIGAS MENDEZ*<br>PO BOX 7462<br>PONCE PR          00732 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN PR       00936 |

---------------------------------------------------------------------

| | |
|---|---|
| COOP A/C CARIBE COOP<br>PO BOX 560464<br>GUAYANILLA PR      00656 | ASUME<br>PO BOX 71414<br><br>SAN JUAN PR      00936 |

---------------------------------------------------------------------

| | |
|---|---|
| ASSOCIATES FINANCE<br>BANKRUPTCY DIVISION<br>PO BOX 1616<br>BAYAMON PR      00960 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR      00936 |

---------------------------------------------------------------------

| | |
|---|---|
| ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR      00919 | WESTERN AUTO<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR      00908 |

---------------------------------------------------------------------

| | |
|---|---|
| COMMOLOCO INC<br>PO BOX 363769<br>SAN JUAN  PR      00936 | NORWEST FINANCIAL INC<br>PO BOX 195369<br>SAN JUAN PR      00919 |

---------------------------------------------------------------------

ISRAEL SANTIAGO SEPULVEDA and JULIA IRIZARRY MUNOZ
HC 01 BOX 6060

GUAYANILLA PR            00656
---------------------------------------------------------------------

---------------------------------------------------------------------

---------------------------------------------------------------------

---------------------------------------------------------------------

---------------------------------------------------------------------

DATED: January 29, 2004                NANCY ALAMO
                                       OFFICE OF THE CHAPTER 13 TRUSTEE